FILED
2019 OCT 30 PM 3:27

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

SPACE ABOVE THIS LINE FOR
RECORDER'S USE

SUMMER JOY LAKE
18645 HATTERAS STREET, UNIT 185,
TARZANA (AKA LOS ANGELES CITY), CA 91356
TEL: (310) 994-0123
EMAIL: TARZANAFILE123@GMAIL.COM

PLAINTIFF IN PRO PER

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

SUMMER JOY LAKE, an individual,

PLAINTIFF,

vs.

WELLS FARGO BANK, N.A., CLEAR RECON CORP, AKA, CLEAR RECON CORP OF ARIZONA, AND ALL OTHERS CLAIMING ANY INTEREST IN THE SUBJECT PROPERTY, AND DOES 1 THROUGH 100, INCLUSIVE.

DEFENDANTS.

Case No. CV 19-09334-FMO-JC
Hon. _____
Dept. ____

**NOTICE OF PENDENCY OF ACTION**
(LIS PENDENS)

CCP SECTION 405.20

Notice is given that the above-entitled action was filed in the above-entitled court on _____ [filing date] by SUMMER JOY LAKE, plaintiff, against WELLS FARGO BANK, N.A., CLEAR RECON CORP, AKA, CLEAR RECON CORP OF ARIZONA, AND ALL OTHERS

PAGE - 1

CLAIMING ANY INTEREST IN THE SUBJECT PROPERTY, AND DOES 1 THROUGH 100, INCLUSIVE., defendants. The action affects title to specific real property and/or the right to possession of specific real property identified in the complaint in the action.

The real property affected by the action is located in SANTA CLARA County, California, and is described as follows:

The subject property is located within this same county. The legal description for this Property is described in the address of the "subject property", 18645 HATTERAS STREET, UNIT 185, TARZANA (AKA LOS ANGELES CITY), CA 91356. The subject property is located within this same county. The legal description for this Property is described in the City of TARZANA (AKA LOS ANGELES CITY), County of LOS ANGELES, State of California:

THE FOLLOWING DESCRIBED REAL PROPERTY IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA:

A CONDOMINIUM COMPRISED OF:

PARCEL 1.

THAT PORTION OF LOT 1 OF TRACT NO. 35848, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 943, PAGES 69 AND 70 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SHOWN AND DEFINED AS UNIT 85 ON THE CONDOMINIUM PLAN RECORDED ON AUGUST 7, 1981 AS INSTRUMENT NO. 81-791239, OFFICIAL RECORDS OF SAID COUNTY.

PARCEL 2

AN UNDIVIDED 0.4075% INTEREST IN AND TO LOT 1 OF SAID TRACT NO

PAGE - 2

35848, SHOWN AND DEFINED AS "COMMON AREA" ON SAID CONDOMINIUM PLAN.

PARCEL 3

AN EXCLUSIVE EASEMENT FOR PARKING PURPOSES TO BE APPURTENANT TO PARCELS 1 AND 2 ABOVE, OVER THOSE PORTIONS OF THE COMMON AREA CONSISTING OF PARKING SPACE(S) P133 AS SHOWN ON THE PARKING PLAN ATTACHED TO SAID FIRST AMENDMENT TO THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS.

PARCEL 4.

AN UNDIVIDED 0.4075% INTEREST IN AND TO THE SOUTHERLY 47.00 FEET OF LOT 1 OF TRACT NO. 20033, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 669 PAGES 47 AND 48 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM THE WESTERLY 91.36 FEET THEREOF.

SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, COVENANTS, OIL, GAS OR MINERAL RIGHTS OF RECORD, IF ANY.

A.P.N.: 2156-025-108

ARB: NONE

August 23, 2019

SUMMER JOY LAKE
18645 HATTERAS STREET, UNIT 185
TARZANA (AKA LOS ANGELES CITY), CA 91356
TEL: (310) 994-0123
EMAIL: JKIMLA777@GMAIL.COM
TARZANA FILE 703 @

## ACKNOWLEDGMENT

Subscribed and sworn to before me this __23__
[acknowledgment day identification, such as sixth] day of

__August__ [acknowledgment month], __2019__ {acknowledgment
year].

**TANYA Y. MARKARIAN**
COMMISSION #2188327
Notary Public - California
FRESNO COUNTY
MY COMMISSION EXPIRES
March 26, 2021

__Tanya Markarian__, Tanya Y Markarian, Public Notary
[Signature, printed name, and title
of notary public or other
officer administering oath]
[Seal]

**IT IS SO ORDERED.**

**Dated** _____.

_____
**Honorable** _____
JUDGE OF THE UNITED STATES DISTRICT COURT