# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMER JOY LAKE,<br><br>v.   PLAINTIFF(S)<br><br>WELLS FARGO BANK, et al.,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CV19-9334 FMO (JCx)<br><br>ORDER RE REQUEST TO PROCEED<br>*IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

____10/31/19____  
Date

_____/s/_____  
United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be DENIED for the following reason(s):

☐ Inadequate showing of indigency  
☐ Legally and/or factually patently frivolous  
☐ Other: _____  
☐ District Court lacks jurisdiction  
☐ Immunity as to _____

Comments:

_____  
Date

_____  
United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED  
☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  ☐ This case is hereby DISMISSED immediately.
  ☐ This case is hereby REMANDED to state court.

_____  
Date

_____  
United States District Judge

CV-73 (08/16)   ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*