UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-9334 FMO (JCx) | Date | Nov. 15, 2019 |
|---|---|---|---|
| Title | Summer Joy Lake v. Wells Fargo Bank, N.A., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Cheryl Wynn | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order re: Motion for Reconsideration

      Having reviewed pro se plaintiff Summer Joy Lake's ("Lake") Emergency Motion for Reconsideration [], (Dkt. 22, "Motion"), the court concludes as follows. Although plaintiff contends that the assignment of his claims to Jeannie Kim has been rescinded, (see id. at 1), he still fails to address all of the Winter factors set forth in the Court's Order of November 12, 2019. (See Dkt. 21, Court's Order of November 12, 2019); Winter v. Natural Res. Def. Council, Inc., 555 U.S. 7, 20, 129 S.Ct. 365, 374 (2008). Additionally, based on plaintiffs prior representations regarding the sale, it appears that the sale has occurred. Accordingly, IT IS ORDERED THAT plaintiff's Emergency Motion for Reconsideration **(Document No. 22)** is **denied**.

      **This Order is not intended for publication. Nor is it intended to be included in or submitted to any online service such as Westlaw or Lexis.**

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | cw |