# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SUNNY BYUN, et al.

PLAINTIFF(S),

v.

WELLS FARGO BANK, N.A., et al.

DEFENDANT(S).

CASE NUMBER:

2:19–cv–09334–FMO–JC

**REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE**

A Motion to Disqualify __Judge Fernando M. Olguin__ was filed on __12/18/2019__. Pursuant to General Order 19-03 and Local Rule 72-5, this motion is referred to __Judge Stephen V. Wilson__ for determination.

Clerk, U.S. District Court

__December 23, 2019__
Date

By __/s/ *Robert Nadres*__
Deputy Clerk

---

### FOR COURT USE ONLY

Ruling on prior motion(s):  _X_ No __ Yes.  Refer to document number(s): __

---

*cc:  Judge Assigned to Case*
*Judge Assigned to Determine Motion*
*Counsel of Record*