JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMER JOY LAKE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　　Defendants. | Case No. CV 19-9334 FMO (JCx)<br>Case No. CV 20-1563 FMO (JCx)<br><br>**JUDGMENT** |
| JEANNIE KIM<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　　Defendants. | |

**IT IS ADJUDGED** that the above-captioned cases are **dismissed with prejudice**.

Dated this 30th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　United States District Judge